STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE                    1209-0
ANDREW J. LAUTENBACH            8805-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
Facsimile: (808) 537-5434
totoole@starnlaw.com
alautenbach@starnlaw.com

Attorneys for Defendants
WILSON CARE HOME KAILUA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KOBER HANSSEN MITCHELL ARCHITECTS, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WILSON CARE HOME KAILUA, LLC<br><br>                    Defendants. | CIVIL NO. 14-00479 DKW/BMK<br>(Copyright)<br><br>**DEFENDANT'S MOTION TO DISMISS COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ANDREW J. LAUTENBACH; EXHIBITS 1-5; CERTIFICATE OF SERVICE** |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant   WILSON   CARE   HOME   KAILUA,   LLC   ("**Wilson**"   or

"**Defendant**"), by and through its undersigned attorneys, respectfully moves this

Court for an order dismissing, with prejudice, the Complaint filed by Plaintiff

KOBER HANSSEN MITCHELL ARCHITECTS, INC. ("**KHMA**" or "**Plaintiff**")

on October 21, 2014 [Doc. 1] ("USDC Complaint").

This motion is brought pursuant to the FRCP Rules 7, 8, and 12(b)(6), Local Rules of the District Court for the District of Hawai'i Rules 7.1, 7.5, 7.7, and 10.2, and is supported by the attached memorandum; declaration, exhibits, files and pleadings in this case; and any evidence or arguments as may be presented at the hearing on this matter.

DATED:  Honolulu, Hawai'i, November 25, 2014.

> /s/ Andrew J. Lautenbach
> TERENCE O'TOOLE
> ANDREW J. LAUTENBACH
> Attorneys for Defendants
> WILSON CARE HOME KAILUA, LLC